IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| Lauren Dodd, et al, | ) |
|    Plaintiffs, | ) |
| v. | ) Case No. 4:23-cv-00327-RSB-CLR |
| International Longshoremen's Association and International Longshoremen's Association Local 1475 Clerks and Checkers Union, Inc.; | ) |
|    Defendants. | ) |

### DEFENDANT INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1475'S MOTION TO DISMISS

COMES NOW DEFENDANT, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 1475 (hereinafter "Local 1475"), by and through its undersigned counsel, without waiving any applicable defenses, and files this, its Defendant ILA Local 1475's *Motion to Dismiss* in the above entitled action, and moves this Honorable Court pursuant to Fed. R. Civ. P. Rule 12(b)(6) to dismiss Plaintiffs' *Complaint* filed against it for failure to state a claim upon which relief can be granted on the following grounds:

(1) Plaintiffs' claim for violation of the duty of fair representation is time-barred, and should be dismissed; and

(2) Plaintiffs have failed to state a claim upon which relief can be granted.

In support of this *Motion*, Local 1475 submits herewith its brief containing argument and citation of authorities.

**WHEREFORE**, based upon the facts and applicable law stated herein, Local 1475 respectfully prays that its *Motion* be granted and that Plaintiffs' *Complaint* against it be dismissed with prejudice, with all costs assessed against Plaintiffs, and for such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted this 29th day of January, 2024.

**CHARLES HERMAN LAW**

/s/ Charles Herman
Charles Herman
Georgia Bar No. 142852
***Attorney for Defendant ILA Local 1475***

2 East Bryan Street, 4th Floor
Savannah, Georgia 31401
(912) 244-3999
(912) 257-7301 Facsimile
charles@charleshermanlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| Lauren Dodd, et al, )<br>)<br>   Plaintiffs, )<br>v. )<br>)<br>International Longshoremen's Association )<br>and International Longshoremen's )<br>Association Local 1475 Clerks and Checkers )<br>Union, Inc.; )<br>)<br>   Defendants. ) | Case No. 4:23-cv-00327-RSB-CLR |

## *CERTIFICATE OF SERVICE*

The undersigned certifies that I have on this day served all the parties in this case with this *Motion to Dismiss* in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This 29th day of January, 2024.

                                            **CHARLES HERMAN LAW**

                                            /s/ Charles Herman
                                            Charles Herman
                                            Georgia Bar No. 142852
                                            ***Attorney for Defendant ILA Local 1475***

2 East Bryan Street, 4th Floor
Savannah, Georgia 31401
(912) 244-3999
(912) 257-7301 Facsimile
charles@charleshermanlaw.com