IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| Lauren Dodd, et al, )<br>)<br>   Plaintiffs, )<br>v. )<br>)<br>International Longshoremen's Association )<br>and International Longshoremen's )<br>Association Local 1475 Clerks and Checkers )<br>Union, Inc.; )<br>)<br>   Defendants. )<br>_____ | Case No. 4:23-cv-00327-RSB-CLR |

**DEFENDANT LOCAL 1475'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**

COMES NOW DEFENDANT, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 1475 (hereinafter "Local 1475"), by and through its undersigned counsel, and hereby requests that the Court take judicial notice of an unfair labor practice ("ULP") charge that Plaintiff Amanda Hammond filed on May 17, 2023 against Local 1475 with the National Labor Relations Board ("NLRB") Region 10, Case No. 10-CB-318190. A true and correct copy of the *May 17, 2023 Charge* is attached hereto as Exhibit A.[1] Local 1475 also asks the Court take judicial notice of the *NLRB's December 18, 2023 Dismissal Letter* dismissing Plaintiff Hammond's charge against Local 1475. A true and correct copy of the dismissal letter is attached hereto as Exhibit B.[2] Plaintiff Hammond filed an appeal. Local 1475 asks the Court to take judicial notice of the *NLRB's December 29, 2023 Letter* acknowledging receipt of Plaintiff

---

[1] Local 1475 has redacted Plaintiff's address and other personal information, aside from her name and signature, in the attached exhibit.
[2] The documents attached as Exhibit A, Exhibit B, Exhibit C, and Exhibit D, are all publicly available on the NLRB's website for Plaintiff's charge: https://www.nlrb.gov/case/10-CB-318190 or through a Freedom of Information Act request. Local 1475 has redacted Plaintiff's address and other personal information in the exhibits.

Hammond's appeal. A true and correct copy of the letter is attached hereto as Exhibit C. Local 1475 also asks the Court to take judicial notice of the *NLRB Office of General Counsel's January 23, 2024 Appeal Denial Letter*, which denied Plaintiff Hammond's appeal. A true and correct copy of the denial letter is attached hereto as Exhibit D.

Additionally, Local 1475 requests that the Court take judicial notice of the *ILA Local 1475 Savannah Clerks and Checkers Seniority Plan*; the *10/01/21 MOU*; and the *06/01/23 Addendum* which are all relied upon in the *Complaint* and their contents are not in dispute.[3]

A true and correct copy of the *ILA Local 1475 Savannah Clerks and Checkers Seniority Plan* is attached hereto as Exhibit E. A true and correct copy of the *October 1, 2021 Memorandum of Understanding* is attached hereto as Exhibit F. A true and correct copy of the *June 1, 2023 Addendum to the October 1, 2021 Memorandum of Understanding* is attached hereto as Exhibit G. Local 1475 asks the Court to take judicial notice of these documents.[4]

Local 1475 makes this *Request for Judicial Notice* pursuant to Federal Rule of Evidence 201 and in support of Local 1475's *Motion to Dismiss*. ULP charges and NLRB proceedings following those charges, such as a decision to dismiss the charge and deny the appeal, are matters of public record and, therefore, properly subject to judicial notice.[5] The charge, its filing on May 17, 2023, its dismissal on December 18, 2023, the acknowledgment of the appeal of the dismissal on December 29, 2023; and the denial of the appeal on January 23, 2024 are all facts "capable of

---

[3] Halmos v. Bomardier Aerospace Corp., 404 F. App'x 376, 377 (11th Cir. 2010) (explaining "there is support in case law 'for considering evidence outside the pleadings in connection with a motion to dismiss if the evidence is specifically relied upon in the complaint and its contents are not in dispute.'")
[4] Bradley v. Devos, 2020 U.S. Dist. LEXIS 167709 (S.D. Ga., June 4, 2020); and Coney v. Lampp, 2018 U.S. Dist. LEXIS 172719 (S.D. Ga., Oct. 5, 2018).
[5] Bradley v. Devos, 2020 U.S. Dist. LEXIS 167709 (S.D. Ga., June 4, 2020); and Coney v. Lampp, 2018 U.S. Dist. LEXIS 172719 (S.D. Ga., Oct. 5, 2018).

accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned,"[6] namely by referring to the attached records of the NLRB, a federal agency.

Moreover, the Court may take judicial notice of evidence which is specifically relied upon in the *Complaint* and its contents are not in dispute.[7] This includes the *ILA Local 1475 Savannah Clerks and Checkers Seniority Plan*;[8] the *10/01/21 MOU*;[9] and the *06/01/23 Addendum*,[10] all of which form the basis of the *Complaint* and are referenced throughout the entire *Complaint*. These documents are also facts "capable of accurate and ready determination."[11]

The ULP charge, its dismissal, appeal acknowledgment, appeal denial, and the relevant agreements covering the Plaintiffs' seniority and priority in referrals for employment, and which form the basis of their *Complaint* are not reasonably subject to dispute. Therefore, Local 1475's request for judicial notice of these records should be granted.

Respectfully submitted this 29th day of January, 2024.

**CHARLES HERMAN LAW**

/s/ Charles Herman
Charles Herman
Georgia Bar No. 142852
**Attorney for Defendant ILA Local 1475**

2 East Bryan Street, 4th Floor
Savannah, Georgia 31401
(912) 244-3999
(912) 257-7301 Facsimile
charles@charleshermanlaw.com

---

[6] Fed. R. Evid. 201(b) advisory committee's note.
[7] Halmos v. Bomardier Aerospace Corp., 404 F. App'x 376, 377 (11th Cir. 2010) (explaining "there is support in case law 'for considering evidence outside the pleadings in connection with a motion to dismiss if the evidence is specifically relied upon in the complaint and its contents are not in dispute.'")
[8] Doc. 1, *Complaint*, P. 7-9, ¶¶27-29 ; ¶¶31-34.
[9] Doc. 1, *Complaint*, P. 15, ¶¶67-68.
[10] Doc. 1, *Complaint*, P. 15-16, ¶¶71-74.
[11] Fed. R. Evid. 201(b) advisory committee's note.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| Lauren Dodd, et al, ) | |
| ) | |
|    Plaintiffs, ) | |
| v. ) | Case No. 4:23-cv-00327-RSB-CLR |
| ) | |
| International Longshoremen's Association ) | |
| and International Longshoremen's ) | |
| Association Local 1475 Clerks and Checkers ) | |
| Union, Inc.; ) | |
| ) | |
|    Defendants. ) | |

## *CERTIFICATE OF SERVICE*

     The undersigned certifies that I have on this day served all the parties in this case with this *Request for Judicial Notice in Support of Motion to Dismiss* in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

     This 29th day of January, 2024.

                                             **CHARLES HERMAN LAW**

                                             /s/ Charles Herman
                                             Charles Herman
                                             Georgia Bar No. 142852
                                             ***Attorney for Defendant ILA Local 1475***

2 East Bryan Street, 4th Floor
Savannah, Georgia 31401
(912) 244-3999
(912) 257-7301 Facsimile
charles@charleshermanlaw.com