# EXHIBIT B

Case 4:23-cv-00327-RSB-CLR   Document 13-2   Filed 01/29/24   Page 1 of 6

UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD
REGION 10
401 W. Peachtree Street, NW
Suite 472
Atlanta, GA 30308

Agency Website: www.nlrb.gov
Telephone: (404) 331-2896
Fax: (404) 331-2858

December 18, 2023

Kevin D. Fitzpatrick JR., Attorney
Charles R. Bridgers, Attorney
101 Marietta St NW
Suite 2650
Atlanta, GA 30303

                Re:    Local 1475
                        (Georgia Stevedore Association)
                        Case 10-CB-318190

Dear Mr. Fitzpatrick & Mr. Bridgers:

      We have carefully investigated and considered the charge that alleges that Local 1475 has violated the National Labor Relations Act.

      **Decision to Dismiss:** The charge alleges that the Union has violated 8(b)(1)(A) and (2) by operating a hiring hall in manner that is arbitrary, discriminatory, or in bad faith, by splitting the HH seniority group into two sub-groups. However, the investigation failed to establish a violation of 8(b)(1)(A) or (2) of the Act as alleged. Under the totality of the presented facts and circumstances disclosed during the investigation, the Union's actions of proposing a change in the hiring hall procedures that split the HH seniority group into two sub-groups was not arbitrary, discriminatory, or in bad faith, but was based on neutral considerations. In particular, in the instant matter the Union's method of determining seniority was presented to the membership, and the new procedure was approved by a majority of the members who voted. The change to the hiring hall procedures was not so far outside the wide range of reasonableness afforded to labor organization when administering their duties as to be deemed arbitrary or irrational. While you contest the inclusion of certain individuals in the group, the Union interpreted the language of the Addendum approved by the membership, and concluded the language does not specify that employees must have signed a waiver to qualify for HH1, only that they were referred under the emergency list provisions. There is no evidence that this interpretation is arbitrary or invidious. Finally, to the extent you allege that creation and/or population of the emergency list in or about 2019/2020 was unlawful, Section 10(b) precludes the issuance of complaint based upon any unfair labor practice occurring more than six months prior to the filing of the charge. Based on the foregoing, the Union's proposed revisions to the hiring hall procedure was not a breach of the Union's duty of fair representation. For these reasons, I am refusing to issue complaint in this matter.

Local 1475 - 2 - December 18, 2023
(Georgia Stevedore Association)
Case 10-CB-318190

**Charging Party's Right to Appeal:** The Charging Party may appeal my decision to the General Counsel of the National Labor Relations Board, through the Office of Appeals.

**Means of Filing:** You must file your appeal electronically or provide a written statement explaining why electronic submission is not possible or feasible. Written instructions for the NLRB's E-Filing system and the Terms and Conditions of the NLRB's E-Filing policy are available at www.nlrb.gov. See User Guide. A video demonstration which provides step-by-step instructions and frequently asked questions are also available at www.nlrb.gov. If you require additional assistance with E-Filing, please contact e-Filing@nlrb.gov.

You are encouraged to also submit a complete statement of the facts and reasons why you believe my decision was incorrect. If you cannot file electronically, please send the appeal and your written explanation of why you cannot file electronically to the **General Counsel** at the **National Labor Relations Board, Attn: Office of Appeals, 1015 Half Street SE, Washington, DC 20570-0001**. Unless filed electronically, a copy of the appeal should also be sent to me. The main telephone number for the Office of Appeals is **(202) 273-3760**.

The appeal MAY NOT be filed by fax or email. The Office of Appeals will not process faxed or emailed appeals.

**Appeal Due Date:** The appeal is due on **January 2, 2024**. If the appeal is filed electronically, the transmission of the entire document through the Agency's website must be completed **no later than 11:59 p.m. Eastern Time** on the due date. If filing by mail or by delivery service an appeal will be found to be timely filed if it is postmarked or given to a delivery service no later than December 31, 2023. **If an appeal is postmarked or given to a delivery service on the due date, it will be rejected as untimely**. If hand delivered, an appeal must be received by the General Counsel in Washington D.C. by 5:00 p.m. Eastern Time on the appeal due date. If an appeal is not submitted in accordance with this paragraph, it will be rejected.

**Extension of Time to File Appeal:** The General Counsel may allow additional time to file the appeal if the Charging Party provides a good reason for doing so and the request for an extension of time is **received on or before January 2, 2024.** The request may be filed electronically through the *E-File Documents* link on our website www.nlrb.gov, by fax to (202)273-4283, by mail, or by delivery service. The General Counsel will not consider any request for an extension of time to file an appeal received after December 20, 2023, **even if it is postmarked or given to the delivery service before the due date**. Unless filed electronically, a copy of the extension of time should also be sent to me.

**Confidentiality:** We will not honor requests to limit our use of appeal statements or evidence. Upon a request under the Freedom of Information Act (FOIA) by a party during the processing of an appeal, the Agency's FOIA Branch discloses appeal statements, redacted for personal privacy, confidential source protection, or other applicable FOIA exemptions. In the event the appeal is sustained, any statement or material submitted may be introduced as evidence at a hearing before an administrative law judge. However, certain evidence produced at a hearing

Local 1475                                              - 3 -                                              December 18, 2023
(Georgia Stevedore Association)
Case 10-CB-318190

may be protected from public disclosure by demonstrated claims of confidentiality.

                                                                        Very truly yours,

                                                                        TERRY D. COMBS
                                                                        Acting Regional Director

Enclosure

cc:      Steve Sim, President
           Local 1475
           P.O. Box 1325
           24 Drayton St #610
           Savannah, GA 31402

           Charles Herman
           7 E. Congress St
           Suite 611A
           Savannah, GA 31401

           Laurence M. Goodman, Attorney
           Willig, Williams & Davidson
           1845 Walnut Street
           Philadelphia, PA 19103

           Amanda l. Hammond
           [redacted]

           Derrick Miles, President GSA
           Georgia Stevedore Association
           6 Holmes Ct Ste 200
           Pooler, GA 31322

           Tracy O'Connell, Attorney
           P.O. Box 9946
           Savannah, GA 31412

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD

# APPEAL FORM

To:  General Counsel                                                                 Date:
     Attn: Office of Appeals
     National Labor Relations Board
     1015 Half Street SE
     Washington, DC 20570-0001

   Please be advised that an appeal is hereby taken to the General Counsel of the National Labor Relations Board from the action of the Regional Director in refusing to issue a complaint on the charge in

_____

Case Name(s).

_____

Case No(s). *(If more than one case number, include all case numbers in which appeal is taken.)*

_____

*(Signature)*

# E-FILING TO APPEALS

1. **Extension of Time**:  This document is used when the Charging Party is asking for more time to efile an Appeal.

    - If an Extension of Time is e-filed, and there are additional documents to be e-filed simultaneously with it, please e-file those documents under the selection **Correspondence**.
    - After an Extension of Time has already been e-filed, any **additional** materials to add to the Extension of Time should be e-filed under **Correspondence**.

2. **File an Appeal**:  If the Charging Party does not agree with the Region's decision on the case, an Appeal can be e-filed.

    - Only **one** (**1**) **Appeal** can be e-filed to each determination in the Region's decision letter that is received.
    - After an Appeal has been e-filed, any **additional** materials to add to the Appeal should be e-filed under **Correspondence**.

3. **Notice of Appearance**:  Either party can e-file a Notice of Appearance if there is a new counsel representing one side or a different counsel.

    - This document is only e-filed with the Office of Appeals after a decision has been made by the Region.
    - This document can be e-filed **before** an Appeal is e-filed.

4. **Correspondence**:  Parties will **select** Correspondence when adding documents or supplementing the Appeal or Extension of Time.

    - Correspondence is used to e-file documents **after** an **Extension of Time, Appeal** or **Notice of Appearance** has been e-filed.

5. **Position Statement**:  The Charging Party or Charged Party may e-file a Position Statement.

    - The Charging Party will e-file this document as a supplement of the Appeal.
    - The Charged Party will specifically file one to support the Region's decision.
    - This document should be e-filed **after** an **Extension of Time, Appeal** or **Notice of Appearance** has been e-filed.

6. **Withdrawal Request**:  If the Charging Party decides to no longer pursue their appeal, he/she can e-file a Withdrawal Request to the Office of Appeals.

    - This document should be e-Filed **after** an **Extension of Time, Appeal** or **Notice of Appearance** has been e-filed.



7. The selections of **Evidence** or **Other** should no longer be used.
8. If you need to contact the Office of Appeals, please call **(202)273-3760**.