# EXHIBIT C



UNITED STATES GOVERNMENT
## NATIONAL LABOR RELATIONS BOARD
OFFICE OF THE GENERAL COUNSEL
Washington, DC 20570

December 29, 2023

KEVIN D. FITZPATRICK JR., ESQ.
CHARLES R. BRIDGERS, ESQ.
101 MARIETTA ST NW STE 2650
ATLANTA, GA 30303

       Re: Local 1475 (Georgia Stevedore
          Association)
          Case 10-CB-318190

Dear Counsel:

  We have received your timely appeal from the Region's decision in the above-captioned case. We will assign your appeal for processing in accordance with Agency procedures. Please be assured that our review of this matter will include a full analysis of the underlying investigatory file, your appeal, as well as current Board law and processes.

  We will notify you and all involved parties of our decision by letter via email as permitted under Section 102.4(c) of the Board's *Rules and Regulations*. If an email address is not available for you, we will provide the decision by mail.

           Sincerely,

          Jennifer A. Abruzzo
          General Counsel

By: _____
   Elicia L. Watts, Director
   Office of Appeals

cc:    LISA Y. HENDERSON
       REGIONAL DIRECTOR
       NATIONAL LABOR RELATIONS
        BOARD
       401 W. PEACHTREE ST, NW STE 472
       ATLANTA, GA 30308

TRACY O'CONNELL, ESQ.
PO BOX 9946
SAVANNAH, GA 31412

STEVE SIM, PRESIDENT
LOCAL 1475
PO BOX 1325
24 DRAYTON ST #610
SAVANNAH, GA 31402

DERRICK MILES, PRESIDENT GSA
GEORGIA STEVEDORE
ASSOCIATION
6 HOLMES CT STE 200
POOLER, GA 31322

CHARLES HERMAN
7 E. CONGRESS ST STE 611A
SAVANNAH, GA 31401

AMANDA L. HAMMOND
[redacted]

LAURENCE M. GOODMAN, ESQ.
WILLIG, WILLIAMS & DAVIDSON
1845 WALNUT ST, 24TH FL
PHILADELPHIA, PA 19103

vh