# EXHIBIT D



UNITED STATES GOVERNMENT
**NATIONAL LABOR RELATIONS BOARD**
OFFICE OF THE GENERAL COUNSEL
Washington, DC  20570

January 23, 2024

KEVIN D. FITZPATRICK JR., ESQ.
CHARLES R. BRIDGERS
101 MARIETTA ST NW STE 2650
ATLANTA, GA 30303

        Re: Local 1475 (Georgia Stevedore Association)
           Case 10-CB-318190

Dear Mr. Fitzpatrick, Mr. Bridgers:

 Your appeal from the Acting Regional Director's refusal to issue complaint has been carefully considered. The appeal is denied substantially for the reasons in the Acting Regional Director's letter of December 18, 2023.

 The charge alleges that the Union violated Sections 8(b)(1)(A) and (2) of the National Labor Relations Act by operating a hiring hall in a manner that is arbitrary, discriminatory, or in bad faith, by splitting the HH seniority group into two subgroups in a 2023 MOU. On appeal, you argue that the composition of the emergency/off the street list that gave rise to the two HH subgroups was unlawful because friends and family of local union leadership were placed on the list, and that this information was allegedly concealed from members who voted to approve the HH subgroups addressed in the MOU. Previous litigation and facts presented before this Agency belie this notion, and further support that members did or should have known of the emergency/off the street list and those on it well before the six months prior to filing of the instant charge, as well as at the time they voted for the two HH subgroups.

 The two HH subgroups arose as a result of the Union trying to reach a resolution of Case 10-CB-288927. In response to that charge, the Union crafted MOU language and the membership, upon reviewing the language, voted to split the HH group into two subgroups, whereupon the charging party in that case withdrew the charge. That case, and others before the Agency stemmed at least in part from the Union creating an "emergency" or "off the street list" in 2019 and 2020 to address an overwhelming need for workers. The Local's creation of that list was found not unlawful by an ALJ in Case 10-CB-266481. Also, in prior cases 10-CB249493 and 10-CB-258733 the question of whether the emergency/off the street list was secret was previously raised and found without merit.  It is further noted that the charging party in the instant case provides some names of "friends and/or family" of local union leaders who were on the emergency/off the street list to essentially support allegations of nepotism; however, the overall list was as large as about 200 individuals.

International Longshoreman's Association
Local 1475 (GSA)
Case 10-CB-320173 -2

In sum, evidence supports that the two HH subgroups were created in response to the Union's good-faith attempt to address litigation, and not for unlawful reasons.

Sincerely,

Jennifer A. Abruzzo
General Counsel

By: 

Elicia L. Watts, Director
Office of Appeals

cc: LISA Y. HENDERSON         CHARLES HERMAN
    REGIONAL DIRECTOR         7 E. CONGRESS ST STE 611A
    NATIONAL LABOR RELATIONS  SAVANNAH, GA 31401
      BOARD
    401 W PEACHTREE ST NW     LAURENCE M. GOODMAN, ESQ.
      STE 472                 WILLIG, WILLIAMS & DAVIDSON
    ATLANTA, GA 30308         1845 WALNUT ST 24TH FL
                              PHILADELPHIA, PA 19103

    STEVE SIM, PRESIDENT
    LOCAL 1475                DERRICK MILES, PRESIDENT GSA
    PO BOX 1325               GEORGIA STEVEDORE
    24 DRAYTON ST #610          ASSOCIATION
    SAVANNAH, GA 31402        6 HOLMES CT STE 200
                              POOLER, GA 31322

    AMANDA L. HAMMOND         TRACY O'CONNELL, ESQ.
    ███████████████           PO BOX 9946
                              SAVANNAH, GA 31412

vrm