# EXHIBIT G

Case 4:23-cv-00327-RSB-CLR   Document 13-7   Filed 01/29/24   Page 1 of 4

**INTERNATIONAL LONGSHOREMEN'S ASSOCIATION SOUTH ATLANTIC AND GULF COAST DISTRICT**

914 CLEAR LAKE CITY BLVD. WEBSTER, TX 77598 | P: 281.461.8888 | F: 281.218.7096

TEXAS | LOUISIANA | MISSISSIPPI | ALABAMA | GEORGIA | FLORIDA | SOUTH CAROLINA | NORTH CAROLINA

**ALAN A. ROBB**
President

June 1, 2023

Mr. Stephen Sims
President ILA Local 1475
Ssimsila1475@gmail.com

Re: Local 1475 Seniority System-10-CB-288927

Dear President Sims:

    I am in receipt of a copy of a letter from NLRB Region 10 Regional Director Lisa Y. Henderson dated June 1, 2023. The Regional Director approved the request to withdraw conditioned on the performance of the settlement agreement. The settlement requires the approval of the SAGCD. I approve the settlement. I have signed the attached "Exhibit A". Please let me know if you need anything else.

Fraternally,

Alan A. Robb
President

AAR:ps
Encl.
cc:   Mr. Dennis Daggett
      Mr. Benny Holland
      Mr. Stephen K. Knott
      Mr. Bill Williams
      Mr. Larry A. Bachtell
      Mr. Lance McLaughlin
      Mr. Charles Seaton
      Mr. Derrick Miles
      Mr. Andre Mazzola Mardon
      Mr. Laurence M. Goodman

## Proposed Addendum to MOU

As described in Paragraph 19 of the MOU, individuals who worked at least 700 combined Clerk and Checker and Deck and Dock hours in the 2021-22 Contract Year qualify for placement in Clerk Seniority Classification HH. Effective May 1, 2023, or as soon thereafter as possible, HH will be subdivided, and begin receiving referrals, as follows:

- Sub-classification HH-1 – All Individuals who worked at least 700 hours through the Local 1475 hiring system during both the 2020-21 and 2021-22 Contract Years, and all individuals who were on an emergency list during the 2020-21 Contract Year and worked at least 700 hours through the Local 1475 hiring system during the 2021-22 Contract Year.

- Sub-classification HH-2 - All other individuals who worked at least 700 hours through the Local 1475 hiring system during the 2021-22 Contract Year.

For purposes of hiring preference, members of the HH Classification will be referred after all members of the GG Classification have been offered work they are qualified to perform, and members of any future Seniority Classification (i.e., "Casual" and "II" and thereafter) will be referred after all members of the HH Classification have been offered work they are qualified to perform.

For purposes of hiring preference within the HH Classification, all members of Sub-classification HH-1 will be referred to work they are qualified to perform before any jobs are offered to members of Sub-classification HH-2.

EXHIBIT A

Proposed Addendum to MOU:

As described in Paragraph 19 of the MOU, individuals who worked at least 700 combined Clerk and Checker and Deck and Dock hours in the 2021-22 Contract Year qualify for placement in Clerk Seniority Classification HH. Effective upon the first Monday following approval of this Addendum, HH will be subdivided, and begin receiving referrals, as follows:

- Sub-classification HH-1 – All Individuals who worked at least 700 hours through the Local 1475 hiring system during both the 2020-21 and 2021-22 Contract Years, and all individuals who were on an emergency list during both the 2020-21 and 2021-22 Contract Years and worked at least 700 hours through the Local 1475 hiring system during the 2021-22 Contract Year

- Sub-classification HH-2 - All other individuals who worked at least 700 hours through the Local 1475 hiring system during the 2021-22 Contract Year.

For purposes of hiring preference, members of the HH Classification will be referred after all members of the GG Classification have been offered work they are qualified to perform, and members of any future Seniority Classification (i.e. "Casual" and "II" and thereafter) will be referred after all members of the HH Classification have been offered work they are qualified to perform.

For purposes of hiring preference within the HH Classification, all members of Sub-classification HH-1 will be referred to work they are qualified to perform before any jobs are offered to members of Sub-classification HH-2.

Approved by: ILA/SAGCD

*[signature]*

GSA

*[signature]*