**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

---

| | |
|---|---|
| LAUREN DODD, RICHARD SMITH, and AMANDA HAMMOND, <br><br>On Behalf of Themselves Individually and on Behalf of all Others Similarly Situated, <br><br>       Plaintiffs, <br>v. <br><br>INTERNATIONAL LONGSHOREMEN'S ASSOCIATION and INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 1475, CLERKS & CHECKERS UNION, INC., <br><br>       Defendants. | Case No.: 4:23-cv-00327-RSB-CLR |

---

### DEFENDANT INTERNATIONAL LONGSHOREMEN'S ASSOCIATION'S MOTION TO DISMISS UNDER RULE 12(b)(6)

Defendant International Longshoremen's Association ("ILA"), through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss Plaintiffs' Complaint against Defendant ILA for failure to state a claim upon which relief can be granted. The grounds for granting this Motion are set forth in the accompanying Memorandum of Law in Support.

**WHEREFORE**, Defendant ILA respectfully requests that this Court grant its Motion to Dismiss and enter an order dismissing Plaintiffs' Complaint against the ILA.

Dated: March 5, 2024

1003-626
137369

1

Respectfully submitted,

| MAZZOLA MARDON, P.C. | BIGNAULT & CARTER, LLC |
|---|---|
| /s/ *John P. Sheridan* | /s/    *W. Paschal Bignault* |
| John P. Sheridan | W. Paschal Bignault |
| Daniel Wolff | Parkway Professional Plaza, 130 Canal Street, Suite 401 |
| Brian A. Jasinski | |
| 26 Broadway, 17th Floor | Pooler, Georgia 31322 |
| New York, NY 10004 | (912) 356-0388 |
| (212) 425-3240 | pbignault@bc-laws.com |
| Jsheridan@mmmpc.com | |
| | *Local Counsel for Defendant International Longshoremen's Association* |
| *Attorneys for Defendant International Longshoremen's Association* | |
| *Pro Hac Vice Admission Pending* | |

1003-626
137369