IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LAUREN DODD, RICHARD SMITH, AND AMANDA HAMMOND, <br><br> On behalf of themselves individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INTERNATIONAL LONGSHOREMEN'S ASSOCIATION AND INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1475 CLERKS AND CHECKERS UNION, INC., <br><br> Defendants. | Civil Action No. <br> 4:23-cv-00327-RSB-CLR |

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT INTERNATIONAL LONGSHOREMEN'S ASSOCIATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Plaintiffs dismiss their action against Defendant International Longshoremen's Association.

Respectfully submitted,

DELONG, CALDWELL, BRIDGERS,
FITZPATRICK & BENJAMIN, LLC

| | |
|---|---|
| 101 Marietta Street, NW | */s/ Charles R. Bridgers* |
| Suite 2650 | Charles R. Bridgers |
| Atlanta, Georgia 30303 | Georgia Bar No. 080791 |
| (404) 979-3150 Telephone | Kevin D. Fitzpatrick, Jr. |
| (404) 979-3170 Facsimile | Georgia Bar No. 262375 |
| charlesbridgers@dcbflegal.com | |
| kevin.fitzpatrick@dcbflegal.com | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LAUREN DODD, RICHARD SMITH, AND AMANDA HAMMOND,<br><br>On behalf of themselves individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL LONGSHOREMEN'S ASSOCIATION AND INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1475 CLERKS AND CHECKERS UNION, INC.,<br><br>　　　　　Defendants. | Civil Action No.<br>4:23-cv-00327-RSB-CLR |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have filed the foregoing document in the Court's CM/ECF system, thereby ensuring electronic service upon all counsel of record.

Dated: March 18, 2024.

　　　　　　　　　　　　　　　　　　*/s/ Charles R. Bridgers*
　　　　　　　　　　　　　　　　　　Charles R. Bridgers
　　　　　　　　　　　　　　　　　　Georgia Bar No. 080791